UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
FABTRENDS INTERNATIONAL, INC.,                Civil Action No.

                Plaintiff,

    -against-                                         COMPLAINT

REPUBLIC CLOTHING CORPORATION,                Demand for Jury Trial

                Defendant.
-------------------------------------------------------------------x

        Plaintiff, Fabtrends International, Inc. ("Fabtrends"), through its attorneys, complains of defendant, Republic Clothing Corporation, as follows:

### JURISDICTION AND PARTIES

        1.     This action arises under the Copyright Laws of the United States, 17 U.S.C. § 101, et seq. and, particularly, under 17 U.S.C. § 106 and § 501, and is to redress the infringements of copyrights. This Court has jurisdiction over the subject matter of this claim pursuant to 28 U.S.C. § 1338.

        2.     Venue properly lies in this Judicial District pursuant to 28 U.S.C. § 1400(a) and 28 U.S.C. § 1391(b). Process properly issues from this Court pursuant to Rule 4 of the Federal Rules of Civil Procedure.

        3.     Plaintiff Fabtrends is a Canadian Corporation with offices and a principal place of business at 9350 Av De l'Espanade, Montreal QC.

        4.     Defendant, upon information and belief, is a New York corporation, with offices and a place of business at 1411 Broadway, 37th Fl., New York, New York 10018.

5. Defendant, upon information and belief, is a manufacturer and/or distributor of apparel, and has offered for sale and sold in the United States and within this district, apparel which infringes Fabtrends' copyright as set forth hereinafter.

6. Defendant, upon information and belief, transacts business within this district, derives substantial revenue from intrastate and interstate commerce and has committed tortious acts within this district and also without this district having injurious consequences within this district, and defendant is otherwise within the jurisdiction of this Court.

## CLAIM I - COPYRIGHT INFRINGEMENT

7. Fabtrends repeats the foregoing allegations as though fully set forth herein.

8. In 2014, Owens & Kim created an original design.

9. The said work of art is wholly original and is copyrightable subject matter under the laws of the United States.

10. Owens & Kim assigned all or its rights, title and interest in and to design to Fabtrends.

11. Fabtrends named the design "K1360." A copy of K1360 is attached hereto as Exhibit "1."

12. Fabtrends has duly complied in all respects with the provisions of the Copyright Law of the United States, and has secured the exclusive rights and privileges in and to the said design, and Fabtrends duly requested and has received from the Register of Copyrights a Certificate of Registration, Registration Number VAu 1-179-617.

6729570 v1

13. At all relevant times, Fabtrends has been, and is now, the sole proprietor of all rights, title, and interest in the copyright and is the sole owner of the right to exploit the copyright of the exclusive design K1360.

14. Pursuant to such sole and exclusive rights, Fabtrends' has promoted and offered for sale, and sold, fabric with design K1360.

15. Upon information and belief, at some time presently unknown, after design K1360 was first published, defendant infringed Fabtrends' copyright by causing to be manufactured, offering for sale, and selling, without Fabtrends' consent, apparel made with a design which is copied from and substantially similar to Fabtrends' copyrighted work of art, K1360. A photograph of one such infringing garment is attached hereto as Exhibit "2".

16. Defendant's design is clearly copied from Fabtrends' design.

17. Defendant's design is substantially similar to the copyrighted design.

18. Fabtrends has no adequate remedy at law.

**WHEREFORE**, Fabtrends demands judgment:

(a) That defendant, its officers, agents, servants, employees, attorneys and all parties in active concert or participation with it be enjoined from infringing Fabtrends' copyrighted design, including, but not limited to, manufacturing, vending, printing, distributing, selling, displaying, promoting, or advertising fabric or garments or other products incorporating a design copied from the copyrighted design K1360, or by causing and/or participating in manufacturing, printing, vending, distributing, offering for sale, selling, displaying, promoting, or advertising by others pursuant to 17 U.S.C. § 502.

6729570 v1

(b) That defendant be required to deliver up for destruction all infringing copies of Fabtrends' copyrighted design in its possession or under its control, whether in the form of fabric or apparel, or other products incorporating the infringing design, and to withdraw all advertising or promotional material bearing a copy of such copyrighted design, and print rollers, screens matrices, and the like utilized in the manufacture of infringing textiles pursuant to 17 U.S.C. § 503.

(c) That defendant be required to pay Fabtrends such damages as Fabtrends has sustained as a consequence of its infringement of Fabtrends' copyrighted design, and to account for all gains, profits, and advantages derived by it from their infringement, including profits on all sales of fabrics, garments and goods embodying any copy of the copyrighted design, or, if elected before final judgment, statutory damages, pursuant to 17 U.S.C. § 504.

(d) That defendant be required to pay to Fabtrends the costs of this action including its attorney fees.

(e) That Fabtrends have such other and further relief as the Court may deem just and appropriate.

Dated: New York, New York
       October 7, 2019

Respectfully submitted,
SILLS CUMMIS & GROSS P.C.
Attorneys for Plaintiff

By: _____
    Kenneth R. Schachter
101 Park Avenue, 28th Floor
New York, New York 10178
(212) 643-7000

6729570 v1

## DEMAND FOR JURY TRIAL

Fabtrends hereby demands a trial by jury.

Respectfully submitted,
SILLS CUMMIS & GROSS P.C.
Attorneys for Plaintiff

By: _____
Kenneth R. Schachter
