# Sills Cummis & Gross

A Professional Corporation

101 Park Avenue
28th Floor
New York, New York 10178
Tel: (212) 643-7000
Fax (212) 643-6500

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

**Kenneth R. Schachter**
**Of Counsel**
**Direct Dial: 212-500-1589**
**Email: kschachter@sillscummis.com**

600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

December 4, 2019

**By ECF**
Honorable P. Kevin Castel
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Fabtrends Int'l, Inc. v. Republic Clothing Corp.*, Case No. 19-cv-9356(PKC)

Dear Judge Castel:

This firm represents Plaintiff Fabtrends International, Inc. ("Fabtrends") in the above referenced matter. Pursuant to Your Honor's Individual Practices, we write jointly with counsel for defendant Republic Clothing Corporation ("Republic") to respectfully request an adjournment of Republic's time to respond to the Complaint and an adjournment of the Initial Pretrial Conference and associated discovery plan deadline. Republic's response to the Complaint is currently due on December 4, 2019, and Republic requests that this deadline be extended to December 20, 2019. The Initial Pretrial Conference is currently scheduled for December 16, 2019, and the parties propose rescheduling the conference to a date subsequent to January 15, 2020, at the Court's convenience.

The parties seek these adjournments to facilitate ongoing settlement discussions, and in particular, to allow Republic time to provide Fabtrends with documentation that will assist with these discussions. This is the parties' first request for an extension of either deadline. As noted above, both parties consent to these adjournments.

We thank the Court for its attention to this matter.

Time to respond to Complaint extended through December 20, 2019.
Conference adjourned from December 16, 2019 to January 22, 2020
at 11:00 a.m.
SO ORDERED.
Dated: 12/5/2019

P. Kevin Castel
United States District Judge

**SILLS CUMMIS & GROSS**
A PROFESSIONAL CORPORATION

Honorable P. Kevin Castel
December 4, 2019
Page 2

Respectfully submitted,

s/ Kenneth R. Schachter
Kenneth R. Schachter

cc:     All counsel of record