# Sills Cummis & Gross
A Professional Corporation

101 Park Avenue
28th Floor
New York, New York 10178
Tel: (212) 643-7000
Fax (212) 643-6500

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

Kenneth R. Schachter
Of Counsel
Direct Dial: 212-500-1589
Email: kschachter@sillscummis.com

600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

February 19, 2020

*[Handwritten annotation: The Mediator is granted leave to schedule the mediation for March 23, 24 or 26, if the mediator's schedule permits. SO ORDERED. /s/ USDJ 2-19-20]*

**By ECF**
Honorable P. Kevin Castel
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Fabtrends Int'l, Inc. v. Republic Clothing Corp.*, Case No. 19-cv-9356(PKC)

Dear Judge Castel:

This firm represents Plaintiff Fabtrends International, Inc. ("Fabtrends") in the above referenced matter, and writes to request an adjournment of the mediation in this matter, currently scheduled for February 26, 2020. Counsel for defendant Republic Clothing Corporation ("Republic") consents to this adjournment. The next conference in this matter is scheduled for June 5, 2020.

The parties seek this adjournment in order to have additional time to analyze the damages at issue in this copyright infringement matter. The Court previously ordered Republic to provide sales records by February 14, 2020, although Republic was unable to provide any documentation until yesterday, February 18, 2020. Fabtrends therefore needs additional time to analyze the materials provided and to place a settlement value on the case. The parties also believe they may be able to settle the matter without the assistance of a mediator.

Both parties and their clients are available on March 23, 24, and 26, and ask that the mediation be rescheduled to one of these dates. We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Kenneth R. Schachter
Kenneth R. Schachter

SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

Honorable P. Kevin Castel
February 19, 2020
Page 2

cc:    All counsel of record
       Stu Shapiro, Mediator (by email only)
       Mediation Office (by email only)