# Sills Cummis & Gross
A Professional Corporation

101 Park Avenue
28th Floor
New York, New York 10178
Tel: (212) 643-7000
Fax (212) 643-6500

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

Kenneth R. Schachter
Of Counsel
Direct Dial: 212-500-1589
Email: kschachter@sillscummis.com

600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

April 8, 2020

*[Handwritten annotation: The date of the mediation is vacated. A new date is proposed to the mediator so ordered. /s/ [signature] USDJ 4-8-20]*

**By ECF**
Honorable P. Kevin Castel
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Fabtrends Int'l, Inc. v. Republic Clothing Corp.*, Case No. 19-cv-9356(PKC)

Dear Judge Castel:

This firm represents Plaintiff Fabtrends International, Inc. ("Fabtrends") in the above referenced matter, and writes to respectfully request an adjournment of the mediation in this matter. The next conference in this matter is scheduled for June 5, 2020.

Mediation in this matter was originally scheduled for February 26, 2020. The mediation had been adjourned once previously to March 24, 25, or 26, 2020; however, before that mediation could take place, the parties had been in contact with the mediator, Stu Shapiro, and the Mediation Office regarding rescheduling the mediation in light of the developments surrounding COVID-19. Per the instructions of Mr. Shapiro and the Mediation Office, the parties and Mr. Shapiro have agreed to new mediation dates: June 2, 3, or 4, 2020, all at 2 p.m.

Accordingly, in light of the circumstances presented by holding an in-person mediation during the current pandemic, the parties respectfully request an adjournment of the mediation until one of these proposed dates. The parties intend to continue their settlement discussions, which are ongoing, and are hopeful that they can resolve the case prior to the mediation.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Kenneth R. Schachter
Kenneth R. Schachter

SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

Honorable P. Kevin Castel
April 8, 2020
Page 2


cc:     All counsel of record
        Stu Shapiro, Mediator (by email only)
        Mediation Office (by email only)