UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
FABTRENDS INTERNATIONAL, INC.,

        Plaintiff,

-against-

REPUBLIC CLOTHING CORPORATION,

        Defendant.
----------------------------------------------------------------x

Civil Action No. 19-CV-9356 (PKC)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff and defendants in accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure that the action be dismissed, without prejudice.

SILLS CUMMIS & GROSS P.C.
Attorneys for Plaintiff

By: _____
Kenneth R. Schachter
kschachter@sillscummis.com
30 Rockefeller Plaza
New York, New York 10112
(212) 643-7000

Entered: New York, New York
June 9, 2020

Moses & Singer LLP
Attorneys for Defendant

By: /s/ Philippe Zimmerman
Philippe Zimmerman
pzimmerman@mosessinger.com
405 Lexington Avenue
New York, New York 10174
(212) 554-7895

SO ORDERED

_____
P. Kevin Castel
United States District Judge

7267321 v1